# United States District Court
## Southern District of Georgia

JERMAINE McKEEVER

               Petitioner

**JUDGMENT IN A CIVIL CASE**

**v.**

               CASE NUMBER:   CV607-006/CR604-010

UNITED STATES OF AMERICA

               Respondant

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

That in accordance with the Court's Order of October 29, 2007, adopting the Report and

Recommendation of the U.S. Magistrate Judge as the opinion of the Court; Judgment is

hereby entered Granting the Defendant's Motion to Dismiss and the Petitioner's Motion

to Vacate pursuant to 28:2255 is Dismissed. This action stands closed.



10/29/2007
_____
*Date*

Scott L. Poff
_____
*Clerk*

*Mary Anne Hill*
_____
*(By) Deputy Clerk*